# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Slomsky, Joel H | U.S.D.C.-PA.E. | 7/25/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Nominee | [X] Nomination, Date 7/24/2008 <br> [ ] Initial   [ ] Annual   [ ] Final <br> 5b. [ ] Amended Report | 1/1/2007 <br> to <br> 6/30/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 30 South 17th St., 12th Floor <br> Philadelphia, PA 19103-4196 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | sole proprietor | Joel Harvey Slomsky, Esquire |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 2007 | Joel Harvey Slomsky, Esquire, 401(k) Profit Sharing Plan, control |
| 2 2007 | Joel Harvey Slomsky, Esquire, defined contribution pension Plan, control |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H | 7/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Joel Harvey Slomsky, Esquire-Law Firm | $ 245,762 |
| 2. 2007 | Joel Harvey Slomsky, Esquire-Law Firm | $ 270,250 |
| 3. 2008 | Joel Harvey Slomsky, Esquire-Law Firm | $ 188,325 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Northeast Community Center for Mental Health/Mental Retardation-Salary |
| 2. 2008 | Northeast Community Center for Mental Health/Mental Retardation-Salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 11

**Name of Person Reporting**

Slomsky, Joel H

**Date of Report**

7/25/2008

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Dividend | M | T | Exempt | | | | |
| 2. --Vanguard Wellington Fund | | | | | | | | | |
| 3. --Vanguard Star Fund | | | | | | | | | |
| 4. IRA #2 | C | Interest | K | T | | | | | |
| 5. --E-Trade-Cash Account | | | | | | | | | |
| 6. --E-Trade (CD) | | | | | | | | | |
| 7. --E-Trade (CD) | | | | | | | | | |
| 8. 401(k) Profit Sharing Plan | G | Int./Div. | P1 | T | | | | | |
| 9. --American Fund-Capital Income Builder | | | | | | | | | |
| 10. --Ivy Asset Strategy Fund | | | | | | | | | |
| 11. --Vanguard Wellington Fund | | | | | | | | | |
| 12. --Vanguard Star Fund | | | | | | | | | |
| 13. --U.S. Treasury Strip | | | | | | | | | |
| 14. --Israel State Bond | | | | | | | | | |
| 15. --American Bank of Pa | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H | 7/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Banco Popular (CD) | | | | | | | | | |
| 19.  --Bank of the Ozarks (CD) | | | | | | | | | |
| 20.  --Cleveland State Bank (CD) | | | | | | | | | |
| 21.  --Discover Bank (CD) | | | | | | | | | |
| 22.  --Discover Bank (CD) | | | | | | | | | |
| 23.  --East West Bank (CD) | | | | | | | | | |
| 24.  --Farmers and Merchants Bank (CD) | | | | | | | | | |
| 25.  --Foundations Bank (CD) | | | | | | | | | |
| 26.  --First National Bank (CD) | | | | | | | | | |
| 27.  --LaSalle Bank NA (CD) | | | | | | | | | |
| 28.  --Magnet Bank (CD) | | | | | | | | | |
| 29.  --Paragon National Bank (CD) | | | | | | | | | |
| 30.  --Select Bank (CD) | | | | | | | | | |
| 31.  --Washington Mutual Bank (CD) | | | | | | | | | |
| 32.  --Citizens Bank of PA | | | | | | | | | |
| 33.  --Sovereign Bank | | | | | | | | | |
| 34.  --Fidelity Money Market Account | | | | | | | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 11

**Name of Person Reporting**

Slomsky, Joel H

**Date of Report**

7/25/2008

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. —Main Street Bank (CD) | | | | | | | | | |
| 36. --FirstBank Puerto Rico (CD) | | | | | | | | | |
| 37. --FirstBank Puerto Rico (CD) | | | | | | | | | |
| 38. --Columbian Bank & Trust Company (CD) | | | | | | | | | |
| 39. --Washington Mutual Bank (CD) | | | | | | | | | |
| 40. --Lehman Brothers Bank (CD) | | | | | | | | | |
| 41. --GMAC Bank (CD) | | | | | | | | | |
| 42. --Flagstar Bank (CD) | | | | | | | | | |
| 43. --Lord Albert Mid-Cap Value Fund | | | | | | | | | |
| 44. --Alger Mid-Cap Growth Fund | | | | | | | | | |
| 45. --Federated Market Opportunity Fund | | | | | | | | | |
| 46. --Federal National Mortgage Association Bond | | | | | | | | | |
| 47. --Federal National Mortgage Association Bond | | | | | | | | | |
| 48. --Federal Home Loan Mortgage Corp. Bond | | | | | | | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard Intermediate Bond Index Fund | | | | | | | | | |
| 53. Defined Benefit Pension Plan | G | Int./Div. | N | T | | | | | |
| 54. --Century Bank (CD) | | | | | | | | | |
| 55. --Concord Bank (CD) | | | | | | | | | |
| 56. --Cowlitz Bank (CD) | | | | | | | | | |
| 57. --Discover Bank (CD) | | | | | | | | | |
| 58. --Discover Bank (CD) | | | | | | | | | |
| 59. --First National Bank (CD) | | | | | | | | | |
| 60. --Magnet Bank (CD) | | | | | | | | | |
| 61. --Merrill Lynch Bank (CD) | | | | | | | | | |
| 62. --Fidelity Money Market Account | | | | | | | | | |
| 63. --GMAC Automotive Bank (CD) | | | | | | | | | |
| 64. --Western Bank (CD) | | | | | | | | | |
| 65. --Bank of Baroda NY (CD) | | | | | | | | | |
| --Lehman Brothers Bank (CD) | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H | 7/25/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Bank North (CD) | | | | | | | | | |
| 70. --Mercantile Bank (CD) | | | | | | | | | |
| 71. Flexible Annuity Plan | E | Int./Div. | L | T | | | | | |
| 72. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 73. --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 74. --Mutual of America General Account | | | | | | | | | |
| 75. --Mutual of America Composite Fund | | | | | | | | | |
| 76. --Mutual of America Money Market Fund | | | | | | | | | |
| 77. Taxed Deferred Annuity | F | Int./Div. | N | T | | | | | |
| 78. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 79. --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 80. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 81. --Mutual of America Composite Fund | | | | | | | | | |
| 82. --Mutual of America Money Market Fund | | | | | | | | | |
| 83. PNC Bank Money Market Account | | Interest | M | | | | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citizens Bank Money Market Account | B | Interest | | | | | | | |
| 87. PNC Bank Money Market Account | B | Interest | | | | | | | |
| 88. PNC Bank Money Market IOLTA Account-See VIII | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Pages 4 to 8: Many listed certificates of deposit (CD) matured and were redeemed during the reporting period. The funds were reinvested in other listed financial assets including certificates of deposit. Some listed bonds also matured and were redeemed during the reporting period and the funds were reinvested in other listed financial assets. Some listed mutual funds were sold during the reporting period and the funds were reinvested in other listed financial assets. Some listed money market accounts were closed during the reporting period and the funds were transferred to other listed money market accounts. The information on numerous transactions is not provided in Section D because of the exemption.

Page 8: An IOLTA (Interest On Lawyers Trust Account) is an interest bearing trust account. Under Rules of the Pennsylvania Supreme Court, lawyers are required to participate in the IOLTA program and all interest earned is sent by the bank directly to the IOLTA Board which distributes the funds for pro bono efforts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____*Joel H. Slomsky*____   Date___7/25/2008____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E
Washington, D C 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 310 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 1 | 795 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 25 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| IRA account | | 102 | 274 | | | | |
| 401(k) account | 1 | 742 | 992 | | | | |
| Defined Benefit Pension Plan | | 280 | 439 | Total liabilities | | | 0 |
| Spousal IRA & retirement accounts | | 404 | 857 | Net Worth | 4 | 660 | 562 |
| Total Assets | 4 | 660 | 562 | Total liabilities and net worth | 4 | 660 | 562 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor (See attached schedule) | | 1 | 330 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |